1052

[No. 22332-5-II.   Division Two.   October 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY JOSEPH BURKE HARRY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00929-4, Roger A. Bennett, J., entered August 19, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Houghton, JJ.

[No. 22367-8-II.   Division Two.   October 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN ALLAN FOWLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00441-9, Randolph Furman, J., entered August 26, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Houghton, JJ.

[No. 23416-5-II.   Division Two.   October 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN S. FOLK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00108-1, James B. Sawyer II, J., entered May 15, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 23722-9-II.   Division Two.   October 8, 1999.]

STEVEN ROBERT TAYLOR, ET AL., *Respondents*, v. FRED A. REVIS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-2-01461-4, Don L. McCulloch, J., entered August 18, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt, J.